# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| ARDENT TECHNOLOGIES, INC., *et al*., | : | Case No. 3:23-cv-137 |
| Plaintiffs, | : | |
| vs. | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| ADVENT SVCS LLC, *et al*., | : | |
| Defendants. | : | |

## ORDER

On October 3, 2023, Plaintiffs/Counterclaim-Defendants Ardent Technologies Inc. and Srinivas Appalaneni (collectively, "Plaintiffs") filed a Motion to Stay Claims Pending Arbitration and Motion to Dismiss, requesting that the Court dismiss or stay Counts I, II, and V of the counterclaim filed by Defendants/Counterclaim-Plaintiffs Advent SVCS LLC and Tomas Santos-Alejandro (collectively, "Defendants") (Doc. #19). Alternatively, Plaintiffs requested that the Court dismiss all six counts of Defendants' counterclaim for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). *Id*. Thereafter, on October 27, 2023, the parties filed a Joint Stipulation in which they made certain stipulations regarding Plaintiffs' pending Motion to Stay Claims Pending Arbitration and Motion to Dismiss (Doc. #19). (Doc. #24).

For good cause shown, the Joint Stipulation (Doc. #24) is **ACCEPTED**. As a result, the Court finds that Plaintiffs' Motion to Stay Claims Pending Arbitration and Motion to Dismiss (Doc. #19) is **MOOT**. Litigation in this matter concerning Defendants' counterclaim is hereby **STAYED** until further order by the Court.

**IT IS SO ORDERED**.

October 30, 2023

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge