UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| ARDENT TECHNOLOGIES INC., *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Case No. 3:23-cv-137 |
| | : | |
| v. | : | |
| | : | Judge Thomas M. Rose |
| ADVENT SVCS LLC, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**ENTRY AND ORDER GRANTING DEFENDANTS' MOTION TO FILE THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT AND CERTAIN DEPOSITION TRANSCRIPTS, INCLUDING EXHIBITS UNDER SEAL PURSUANT TO THE STIPULATED PROTECTIVE ORDER (DOC. NO. 52)**

Presently before the Court is Defendants' Motion to File their Motion for Partial Summary Judgment and Certain Deposition Transcripts, Including Exhibits Under Seal Pursuant to the Stipulated Protective Order (the "Motion") (Doc. No. 52). For good cause shown, the Court hereby **GRANTS** this Motion and Defendants are permitted to file under seal any transcripts and exhibits designated by Plaintiffs as either "Confidential" or "Attorneys Eyes Only." Defendants shall file their motion for summary judgment, accompanied by transcripts and exhibits, under seal on or before **Friday**, **March 21, 2025**.

**DONE** and **ORDERED** in Dayton, Ohio, this Wednesday, March 19, 2025.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE
