IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **ARDENT TECHNOLOGIES, INC.,** *et al.*, | : | CASE NO. 3:23-CV-00137 |
| | : | |
| | : | **Judge Thomas M. Rose** |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | |
| | : | |
| **ADVENT SVCS LLC d/b/a ADVENT SERVICES,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

**ORDER GRANTING PLAINTIFFS' MOTION TO FILE THEIR RESPONSE TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND CERTAIN DEPOSITION TRANSCRIPTS, INCLUDING EXHIBITS UNDER SEAL**

Presently before the Court is Plaintiffs' Motion to File their Response to Defendants' Motion for Partial Summary Judgment and Certain Deposition Transcripts, Including Exhibits Under Seal (the "Motion") (Doc. No. 63). For good cause shown, the Court hereby **GRANTS** this Motion and Plaintiffs are permitted to file under seal any transcripts and exhibits designated by Plaintiffs or Defendants as either "Confidential" or "Attorneys Eyes Only." Plaintiffs shall file their response to Defendants' motion for summary judgment, accompanied by transcripts and exhibits, under seal on or before **Tuesday, April 15, 2025**.

**DONE** and **ORDERED** in Dayton, Ohio, this Friday, April 11, 2025.

/s/ Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE