**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| ARDENT TECHNOLOGIES INC., *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Case No. 3:23-cv-137 |
| | : | |
| v. | : | |
| | : | Judge Thomas M. Rose |
| ADVENT SVCS LLC, *et al.*, | : | |
| | : | |
| Defendants. | : | |

---

**ENTRY AND ORDER DENYING WITHOUT PREJUDICE DEFENDANTS'
MOTION FOR REFERRAL TO MEDIATION (DOC. NO. 83)**

---

Now before the Court is Defendants' Motion for Referral to Mediation (Doc. No. 83).  In short, Defendants want this matter referred to a magistrate judge for a Court-conducted mediation and Plaintiffs do not.  Plaintiffs submit that unless and until Defendants respond to their global settlement offer, no mediation will be productive.  The Court is generally disinclined to force parties to the mediation table against their will.  To be sure, "'the [C]ourt cannot require any party to settle a case.'" *Farm Credit Mid-Am., PCA v. Uncle Nearest, Inc.*, No 4:25-cv-38, 2025 WL 3125505, at *1 (E.D. Tenn. Aug. 21, 2025) (quoting *Lockhart v. Patel*, 115 F.R.D. 44, 47 (E.D. Ky. 1987)).  Therefore, in light of Plaintiffs' opposition, the Court hereby **DENIES WITHOUT PREJUDICE** Defendants' Motion for Referral to Mediation (Doc. No. 83).

**DONE** and **ORDERED** in Dayton, Ohio, this Friday, July 10, 2026.

s/Thomas M. Rose

_____

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE

1