# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| ARDENT TECHNOLOGIES, INC, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Case No. 3:23-cv-137 |
| | : | |
| v. | : | Judge Thomas M. Rose |
| | : | |
| ADVENT SVCS LLC, *et al.*, | : | |
| | : | |
| Defendants. | : | |

---

## ENTRY AND ORDER GRANTING JOINT MOTION FOR REFERRAL TO MEDIATION (DOC. NO. 88)

---

The Court now **GRANTS** the Parties' Joint Motion for Referral to Mediation (Doc. No. 33). Pursuant to 28 U.S.C. §§ 636(b)(1)(A), (B), and (C), and § 636(b)(3), the above-captioned action is hereby referred to United States Magistrate Judge Peter B. Silvain, Jr., ADR Coordinator. At the request of the Parties, mediation is to be conducted by Magistrate Judge Silvain specifically. The Court further requests that mediation be scheduled in accordance with the proposed dates provided in the Parties' joint motion, if possible.

Friday, July 24, 2026

s/Thomas M. Rose

_____

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE

1