**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| ARDENT TECHNOLOGIES INC., *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Case No. 3:23-cv-137 |
| | : | |
| v. | : | |
| | : | Judge Thomas M. Rose |
| ADVENT SVCS LLC, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**ENTRY AND ORDER GRANTING DEFENDANTS' MOTION TO FILE THEIR MOTION *IN LIMINE* PRECLUDING PLAINTIFFS FROM OFFERING ANY OPINION AS TO DAMAGES RELATED TO ATI'S TORTIOUS INTERFERENCE WITH A BUSINESS/CONTRACTUAL RELATIONSHIP CLAIM & CERTAIN DEPOSITION TRANSCRIPTS, INCLUDING EXHIBITS UNDER SEAL PURSUANT TO THE STIPULATED PROTECTIVE ORDER (DOC. NO. 91)**

The Court hereby **GRANTS** Defendants' Defendants' Motion to File their Motion *In Limine* Precluding Plaintiffs from Offering any Opinion as to Damages Related to ATI's Tortious Interference with a Business/Contractual Relationship Claim & Certain Deposition Transcripts, Including Exhibits Under Seal Pursuant to the Stipulated Protective Order (Doc. No. 91). Defendants shall file their proposed motion *in limine* under seal on or before Wednesday, August 19, 2026. Plaintiffs shall file their response in opposition to said motion, if any, on or before Wednesday, August 26, 2026. No reply briefing shall be permitted.

**DONE** and **ORDERED** in Dayton, Ohio, this Tuesday, August 18, 2026.

s/Thomas M. Rose

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE